IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ARDIE DEFRONSO NOLON,           )
                                )
           Plaintiff,           )
                                )
     v.                         )     1:25-cv-203
                                )
AMANDA COBB, MARY WHITE,        )
and DR. HARRELL SAMPSON,        )
                                )
           Defendants.          )

## ORDER

On May 1, 2025, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 3, 4). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(b).

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 20th day of June, 2025.

                                                            /s/ William L. Osteen, Jr.
                                                          United States District Judge